IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
FEB 15 2011
Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-MJ-8017-JPO |
| ) | |
| JUAN RAMOS-GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CRIMINAL COMPLAINT

1. I am a Special Agent of the Kansas City Office of the Federal Bureau of Investigation (FBI) and have been so employed for nearly 27 years. I am currently assigned to the Violent Crimes Task Force of the Kansas City Office of the FBI and as such I am responsible for conducting fugitive investigations.

2. This is a Complaint in support of an Arrest Warrant for Juan Ramos-Garcia, in violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution. The following facts are based upon information obtained personally, by other FBI Agents, other police officers and police officer reports.

3. On February 6, 2011, Oswaldo Conde-Gamboa was found shot to death in Shawnee, Kansas. Subsequent investigation by the Shawnee, Kansas, Police Department identified Juan Ramos-Garcia as the perpetrator of the homicide.

4. Subsequent investigation determined that on or about February 12, 2011, Juan Ramos-Garcia, traveled in interstate commerce from the State of Kansas to Phoenix, Arizona with intent to avoid prosecution for the crime of first degree murder in Johnson County Kansas, which is a felony

under the laws of the State of Kansas, in violation of Title 18, United States Code, Section 1073. Two co-conspirators have identified to the investigators that Juan Ramos-Garcia was the shooter. The brother of one co-conspirator told family members yesterday that he was driving Juan Ramos-Garcia to Phoenix, Arizona, since this past weekend.

5. On February 15, 2011, the Johnson County District Attorney's Office charged Ramos-Garcia with one count of first degree murder in Johnson County District Court, Olathe, Kansas, case number 11CR300.

6. Based on the foregoing facts and circumstances, I believe that there is probable cause that the defendant, Juan Ramos-Garcia, has traveled in interstate commerce and has fled the State of Kansas in an attempt to avoid prosecution for the crime of first degree murder, a felony in the State of Kansas, in violation of Title 18, United States Code, Section 1073.

Donald J. Albracht, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this _____ day of February, 2011, at Kansas City, Kansas.

James P. O'Hara
United States Magistrate Judge
District of Kansas

2